# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146885

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v             SC: 146885
              COA: 299829
              Oakland CC: 2010-230356-FH

FRANK BRIAN BENNETT,
  Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013           

s0617                 Clerk